UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

| | | |
|---|---|---|
| PATRICIA LEFFLER, | | 07 Civ. 982 (SJF)(ETB) |
| | Plaintiff, | |
| -against- | | **CONSENT TO CHANGE ATTORNEY** |
| GAIL U. SHEINKOPF, | | |
| | Defendant. | |

----------------------------------------------------------------------X

**IT IS HEREBY CONSENTED AND AGREED** that Meyer, Suozzi, English & Klein, P.C., of 990 Stewart Avenue, Suite 300, Garden City, New York 11530-9194, be substituted as attorneys of record for Defendant GAIL U. SHEINKOPF in the above-captioned action in place and stead of WACHTEL & MASYR LLP as of the date hereof.

*Dated:* February 22, 2010

_____
GAIL U. SHEINKOPF (Wasserman)

WACHTEL & MASYR LLP

By:_____
Howard Kleinhendler, Esq.
110 East 59th Street
New York, New York 10022

STATE OF FLORIDA        )
                        : ss.:
COUNTY OF PALM BEACH    )

On February 24, 2010 before me, the undersigned, personally appeared GAIL U. SHEINKOPF/Wasserman personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC



KERRY BRUCE LYONS
MY COMMISSION # DD 878634
EXPIRES: April 8, 2013
Bonded Thru Notary Public Underwriters

756408

SO ORDERED:

_____
U. S. D. J.