UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PATRICIA LEFFLER,

                                        Plaintiff,

            - against -

GAIL U. SHEINKOPF,

                                        Defendant.
----------------------------------------------------------- X

Civil Action No.   07-cv-00982
                  (SJF) (ETB)

**NOTICE OF APPEARANCE**

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

**PLEASE TAKE NOTICE,** that Farrell Fritz, P.C., by Frank T. Santoro, an attorney admitted or otherwise authorized to practice in this court, hereby appears in the above-entitled action for Plaintiff Patricia Leffler, and hereby requests that he be notified of all filings by ECF.

Dated: Uniondale, New York
       May 5, 2010

                                    FARRELL FRITZ, P.C.

                       By: _____
                                  Frank T. Santoro
                                  *Attorneys for Plaintiff*
                                  *Patricia Leffler*
                                  1320 RXR Plaza
                                  Uniondale, NY  11556
                                  (516) 227-0700
                                  E-mail:   fsantoro@farrellfritz.com

TO:    FREDRIC R. GRAE, ESQ.
          *Attorney for Plaintiff*
          *Patricia Leffler*
          1741 Victory Boulevard
          Staten Island, NY 10314
          (718) 727-7700

MEYER, SOUZZI, ENGLISH & KLEIN, P.C.
*Attorneys for Plaintiff*
*Gail U. Sheinkopf*
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194
(516) 741-6565

    Attention: Jeffery G. Stark, Esq.

LOEB & LOEB, LLP
*Attorneys for Plaintiff*
*Patricia Leffler*
345 Park Avenue
New York, NY 10154
(212) 325-9598

    Attention: Helen Gavaris, Esq.

EDWARDS ANGELL PALMER & DODGE, LLP
*Attorneys for Plaintiff*
*Patricia Leffler*
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

    Attention: Andre K. Cizmarik, Esq.

Interwoven\1412980.1

2