# Farrell Fritz, P.C.

1320 RXR Plaza
Uniondale, New York 11556-1320
Telephone 516.227.0700
Fax 516.227.0777
www.farrellfritz.com

**Frank T. Santoro**
Associate

Direct Dial 516.227.0635
Direct Fax 516.336.2221
fsantoro@farrellfritz.com

Our File No.
23746-0101

May 14, 2010

**BY ECF**
The Honorable Sandra J. Feuerstein
United States District Judge
United States District Court
  Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *Leffler v. Sheinkopf*, **07-cv-00982 (SJF) (ETB) (E.D.N.Y.)**

Dear Judge Feuerstein:

    This firm represents Plaintiff Patricia Leffler ("Plaintiff") in the above-referenced matter. In accordance with your Individual Rules, we write to advise that we have reached an agreement with Jeffrey G. Stark, Esq., counsel for Defendant Gail U. Sheinkopf ("Defendant"), regarding the briefing schedule for remaining papers that will be submitted in connection with Plaintiff's motion to enforce the stipulation of settlement of the parties, and Defendant's cross-motion for an order declaring a portion of said stipulation of settlement unenforceable.

    The parties have agreed that Plaintiff shall serve reply papers in further support of her motion to enforce the stipulation of settlement and in opposition to Defendant's cross-motion by overnight delivery and electronic mail (pdf) on or before June 15, 2010, and Defendant shall serve reply papers in further support of her cross-motion by overnight delivery on or before June 29, 2010.

    We thank Your Honor for your time and attention to this matter.

                                                       Respectfully submitted,

                                                       Frank T. Santoro

cc:    Jeffrey G. Stark, Esq.
        James M. Wicks, Esq.
        John R. Morken, Esq.